UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE VENABLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREDERRICK MORSE,<br><br>　　　　　Defendant. | NO. CV14-1051-VAP(AS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Nov. 14, 2014.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE